B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Southern District of West Virginia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blenko Glass Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **55-0334653** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**9 Bill Blenko Drive**<br>**Milton, WV**<br>ZIP CODE **25541** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cabell** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 67**<br>**Milton, WV**<br>ZIP CODE **25541** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Blenko Glass Company** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable**<br>Signature of Attorney for Debtor(s)          Date |
| ☐   Exhibit A is attached and made a part of this petition. | |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

(Name of landlord that obtained judgment)

(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Blenko Glass Company** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | X **Not Applicable**<br>(Signature of Foreign Representative)<br><br><br>(Printed Name of Foreign Representative)<br><br><br>Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X *(signature)*<br>Signature of Attorney for Debtor(s)<br><br>**Steven L. Thomas  Bar No.  3738**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Kay Casto & Chaney PLLC**<br>Firm Name<br><br>**P. O. Box 2031 Charleston, WV 25327-2031**<br>Address<br><br><br>**304-345-8900            304-345-8909**<br>Telephone Number<br><br><br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *(signature)*<br>Signature of Authorized Individual<br><br>**WALTER J. BLENKO, JR**<br>Printed Name of Authorized Individual<br><br>**PRESIDENT**<br>Title of Authorized Individual<br><br>**MAY 12, 2011**<br>Date | X **Not Applicable**<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **Blenko Glass Company** _____, Case No. _____

Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Walter J. Blenko, Jr. 4073 Middle Road Allison Park, PA 15101 | | | | $1,160,000.00 |
| Don B. Blenko, Jr. 1820 Winding River Road Wellesley, MA 02482 | | | | $1,135,000.00 |
| Big Two Mile Gas Company 900 Pennsylvania Avenue Charleston, WV 25302-3548 | | | | $514,284.09 |
| Sheriff Tom McComas Cabell County Courthouse PO Box 2114 Huntington WV 25721-2114 | | | | $153,898.59 |
| Witek and Novak Inc. 241 Whitaker Blvd. Huntington, WV 25701-4706 | | | | $83,451.35 |
| Teavee Oil and Gas 112 Brooks St. Charleston, WV 25301 | | | | $76,973.33 |

In re **Blenko Glass Company**_____, Case No. _____

Debtor

Chapter **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Mountain State Blue Cross and Blue<br>PO Box 580090<br>Charlotte, NC 28258-0090 | | | | $35,868.61 |
| Campbell-Woods<br>PO Box 2393<br>Charleston, WV 25328-2393 | | | | $24,730.73 |
| Hess Stewart & Campbell<br>PO Box 1060<br>Huntington, WV 25713 | | | | $10,995.79 |
| American Express<br>PO Box 0001<br>Los Angeles, Ca 90096-8000 | | | | $10,188.29 |
| Chapman Printing Company<br>PO Box 2968<br>Huntington, WV 25728 | | | | $8,446.13 |
| Union Oil & Gas<br>112 Brooks St.<br>Charleston, WV 25301 | | | | $7,962.30 |

In re **Blenko Glass Company**                                  , Case No. _____

Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Card Member Services PO Box 790408 St. Louis, MO 63179 | | | | $5,648.32 |
| Donald McEvoy PO Box 420112 Dallas, TX 75342-0112 | | | | $2,765.91 |
| Miles Media Group LLP PO Box 116755 Atlanta GA 30368-6755 | | | | $2,699.00 |
| The Herald Dispatch PO Box 2017 Huntington, WV 25720 | | | | $2,369.01 |
| WV State Tax Department Legal Division Bankruptcy Unit PO Box 766 Charleston, WV 25323-0766 | | | | $2,244.95 |
| Pitney Bowes Purchase Power PO Box 371874 Pittsburgh, PA 15250-7874 | | | | $2,188.77 |

In re **Blenko Glass Company**                          , Case No. _____

Debtor                                                                    Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Verification Services<br>1922 Shaler Dr.<br>Glenshaw, PA 15116 | | | | $2,000.00 |
| Appalachian Power<br>1922 Shaler Dr.<br>Glenshaw, PA 15116 | | | | $1,962.39 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, , of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _M ay 12, 2011_        Signature: _Walter J Blenko_

_____
WALTER J. BLENKO, JR.
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
# Northern District of West Virginia

In re    **Blenko Glass Company**                              Case No.

        Debtor.                                                    Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Blenko Glass Company** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                         **% of Shares Owned**

**None**

OR,

___**X**___    There are no entities to report.

By: _____

      **Steven L. Thomas**
      Signature of Attorney

      Counsel for    **Blenko Glass Company**

      Bar no.:    **3738**

      Address.:    **Kay Casto & Chaney PLLC**
                **P. O. Box 2031**
                **Charleston, WV 25327-2031**

      Telephone No.: **304-345-8900**

      Fax No.:    **304-345-8909**
      E-mail address:

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

In re:  **Blenko Glass Company**

Case No. _____

_____
Debtor

Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of  sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: *MAY 12, 2011*

Signed: *Walter J Blenko*

Signed: *Steven L. Thomas*

Steven L. Thomas
Attorney for Debtor(s)
Bar no.:          3738
**Kay Casto & Chaney PLLC**
**P. O. Box 2031**
**Charleston, WV 25327-2031**
Telephone No.:     **304-345-8900**
Fax No.:           **304-345-8909**
E-mail address:

A Touch of Glass
101 Winners Circle
Hurricane, WV 25536


Aaron's Products
PO Box 332
Huntington, WV 25708


Adam's Printing
PO Box 277
Milton, WV 25541


Airgas-Mid America
PO Box 802615
Chicago, IL 60680


American Express
PO Box 0001
Los Angeles, Ca 90096-8000


Appalachian Power
1922 Shaler Dr.
Glenshaw, PA  15116


AT&T Mobility
PO Box 6463
Carol Stream, IL  60197


Big Two Mile Gas Company
900 Pennsylvania Avenue
Charleston, WV 25302-3548


Campbell-Woods
PO Box 2393
Charleston, WV 25328-2393

Capp Inc.
PO Box 127
Cliston Heights, PA 19018


Card Member Services
PO Box 790408
St. Louis, MO 63179


Chapman Printing Company
PO Box 2968
Huntington, WV 25728


Charleston Newspaper
PO Box 2993
Charleston, WV 25330


Chartis
22427 Network Place
Chicago, IL 60673-1224


Cisco Systems Capital CRP
PO Box 41602
Philadelphia, PA 19101


Con-Way Freight
PO Box 5160
Portland, OR 97208


Don B. Blenko, Jr.
PO Box 67
Milton, WV 25541


Donald McEvoy
PO Box 420112
Dallas, TX 75342-0112

Estes Express Lines
PO Box 25612
Richmond, Va 23260


Fibernet
PO Box 11171
Charleston, WV 25339-1171


Fleet Services
PO Box 5727
Carol STream, IL 60197


Francis Publications
PO Box 53
Charleston, WV 25321


Grainger
Dept. 801388109
Palatine, IL 60038


Hess Stewart & Campbell
PO Box 1060
Huntington, WV 25713


Inmetco
PO Box 5079 GPO
New York, NY 10087


IRG
PO Box 23892
Portland, OR 97223


Kindred Communication
PO Box 1150
Huntington, WV 25713

McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680


Metlife Small Business Center
Life Insurance & STD
PO Box 804466
Kansas City, MO  64180


MH Equipment Corporation
4469 Solutions Center
Chicago. IL 60677


Miles Media Group LLP
PO Box 116755
Atlanta GA 30368-6755


Mountain State Blue Cross and Blue
PO Box 580090
Charlotte, NC  28258-0090


Ohio River Fire Protection
PO Box 964
Ironton, OH 45638


Pitney Bowes Globel Financial Servi
PO Box 371887
Pit6tsburgh, PA  15250


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874


Quality Restaurant Products
PO Box 7514
Hutnington, WV 25777

Renaissance Glass
PO Box 149
Alexander NC 28701


Sealed Air Corporation
5687 Collections Center Dr.
Chicago, IL 60693


Sheriff Tom McComas
Cabell County Courthouse
PO Box 2114
Huntington WV 25721-2114


Southeastern Employers Service
PO Box 1886
Bristol, VA 24203


Southern Public Service
PO Box 10
Milton, WV 25541


Stained Glass Corp. of America
9313 E. 63rd St.
Raytown, MO 64133


Staples Advantage
PO Box 83689
Chicago, IL  60696


State Electric Supply Company
PO Box 890889
Charlotte, NC 28289


Suddenlink
PO Box 660365
Dallas TX 75266

Supermedia LLC
PO Box 619009
DFW Airport, TX 75261


Teavee Oil and Gas
112 Brooks St.
Charleston, WV 25301


The Herald Dispatch
PO Box 2017
Huntington, WV 25720


The Weikles
10356 Lafoy Dr.
Huntersille, NC 28078


Toshiba Financial Services
PO Box 790448
St. Louis, MO 63179


Union Oil & Gas
112 Brooks St.
Charleston, WV 25301


Verification Services
1922 Shaler Dr.
Glenshaw, PA  15116


Walter J. Blenko, Jr.
4073 Middle Road
Allison Park, PA 15101


Witek and Novak Inc.
241 Whitaker Blvd.
Huntington, WV 25701-4706

WOWK 13
PO Box 11848
Charleston, WV 25339


WV Living Magazine
709 Beechurst, Ave, Ste 25B
Morgantown, WV 26505


WV State Tax Department
Legal Division
Bankruptcy Unit
PO Box 766
Charleston, WV 25323-0766

YRC
PO Box 905587
Charlotte, NC 28290